ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 156679
    United States Attorney's Office
    U.S. Courthouse, Suite 1400
    312 N. Spring St.
    Los Angeles, CA 90012
    Telephone: (213)894-2589
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 10-2287-AHM (AJWx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| $290,040.00 IN U.S. CURRENCY AND $21,882.00 IN U.S. CURRENCY, | |
| Defendants. | |

    In this action, plaintiff United States of America (the "government") alleges that the defendants $290,040 in U.S. Currency and $21,882 in U.S. Currency (collectively, the "defendants") are

1

1  subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) on the
2  ground that the defendants constitute proceeds traceable to one or
3  more exchanges for a controlled substance or listed chemical in
4  violation of 21 U.S.C. § 841 *et seq*.
5      The government and potential claimants Jesus Sanchez
6  ("Sanchez") and Aide Yadira Bautista (individually, "Bautista," and
7  collectively with Sanchez, the "claimants") have agreed to settle
8  this forfeiture action and to avoid further litigation by entering
9  into this consent judgment.
10     The Court, having been duly advised of and having considered
11 the matter, and based upon the mutual consent of the parties,
12 HEREBY ORDERS, ADJUDGES, AND DECREES:
13     1.   This Court has jurisdiction over this action pursuant
14 to 28 U.S.C. §§ 1345 and 1355.
15     2.   The Complaint states claims for relief pursuant to 21
16 U.S.C. § 881(a)(6).
17     3.   Notice of this action has been given as required by
18 law.  No appearance has been made in this action by any person, and
19 the time to file a claim and an answer has expired.  The Court deems
20 that all potential claimants other than the claimants admit the
21 allegations of the Complaint to be true, and hereby enters default
22 against all such potential claimants.
23     4.   The defendant $290,040 in U.S. Currency and any interest
24 accrued thereon shall be forfeited to the United States of America,
25 which shall dispose of the same according to law.
26     5.   The defendant $21,882 in U.S. Currency and any interest

accrued thereon shall be returned to the claimants no later than forty-five (45) days from the entry of this judgment by electronic transfer directly into the account entitled "Paul L. Gabbert, Client Trust Account."

6.  The claimants hereby release the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug Enforcement Administration, and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimants, arising out of or related to this action, or the seizure or possession of the defendants.  The claimants represent and agree that they have not assigned and are the rightful owners of such claims, causes of action and rights.

7.  The claimants also agree to hold harmless and indemnify the United States, the United States Attorney's Office and the Drug Enforcement Administration and their employees from all claims by any third parties to the defendant $21,882 in U.S. Currency and any interest accrued thereon being returned to the claimants.

8.  The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

1  9. The parties shall each bear their own attorney's fees and
2  other costs and expenses of litigation.
3  DATED: June 3, 2010

6  A. HOWARD MATZ
   UNITED STATES DISTRICT JUDGE
7  **JS-6**

8  CONSENT

9  The parties consent to judgment and waive any right of appeal.

10 DATED:_____, 2010    ANDRÉ BIROTTE JR.
                                 United States Attorney

                                 CHRISTINE C. EWELL
12                               Assistant United States Attorney
                                 Chief, Criminal Division

                                 STEVEN R. WELK
14                               Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

16                                    /s/
                                 PIO S. KIM
17                               Assistant United States Attorney

18                               Attorneys for Plaintiff
                                 United States of America

20
21 DATED:_____, 2010         /s/
                                 JESUS SANCHEZ
                                 Potential Claimant

23 DATED:_____, 2010         /s/
                                 AIDE YADIRA BAUTISTA
24                               Potential Claimant

25
   Approved as to form and content.

28                                  4


```
DATED:_____, 2010        _____/s/_____
                                  PAUL GABBERT
                                  Attorney for Potential Claimants
                                  Jesus Sanchez and Aide Yadira
                                  Bautista
```